# EXHIBIT M

# Somolli Enterprises



| Financial Institution | Account Number | Account Name | Signature Authority | Opened | Closed | Exhibit(s) |
|---|---|---|---|---|---|---|
| | | **Other** | | | | |
| First Trading Bank (Nauru) via Bank Slaviansky | | Somolli Enterprises Ltd | | | | 0840 - 0849 |
| Bank of Cyprus | 0113-41-006475 | Somolli Enterprises | A. Timoshenko/Y. Timoshenko/A. Gravets | | | 1805 - 1807 |
| Bank of Cyprus | 0113-41-006467 | Somolli Enterprises | A. Timoshenko/Y. Timoshenko/A. Gravets | | | 1805; 1808 - 1813 |
| Bank of Cyprus | 0155-40-02050 | Somolli Enterprises | A. Scordia; M. Papapetrou; S. Tryfons | | | 1809 - 1813 |
| ABN Amro Bank NV | 49.06.34.451 | Van der Ploeg en Tempstra | various Van der Ploegs | | | 0633; 0625 |
| NatWest London Bridge | 0432979 | United Energy Int'l Ltd. | | | | 0701 - 0702 |