# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:06-mc-80086-CRB

v. Universal Trading & Investment Co  
Assigned to: Hon. Charles R. Breyer  
Case in other court: 08-16800

Date Filed: 04/21/2006  
Date Terminated: 04/18/2008

**In Re**

**Universal Trading & Investment Co**　　represented by　**John H. Aspelin**  
Aspelin & Bridgman LLP  
220 Montgomery Street  
Suite 1009  
San Francisco, CA 94104  
415-296-9812  
Email: jaspelin@aspelinbridgman.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Respondent**

**Respondent Pavel I. Lazarenko**　　represented by　**Doron Weinberg**  
Weinberg & Wilder  
523 Octavia Street  
San Francisco, CA 94102  
415-431-3472  
Fax: 415-552-2703  
Email: doronweinberg@aol.com  
*ATTORNEY TO BE NOTICED*

**3rd party defendant**

**Dugsbery Inc.**

**3rd party defendant**

**United Energy Systems Ukraine**

**3rd party defendant**

**Lady Lake Investment Corp.**

**3rd party defendant**

**Orby International Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2006 | 1 | REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT by Universal Trading & Investment Co (ga, COURT STAFF) (Filed on 4/21/2006) (Entered: 04/25/2006) |
| 05/09/2006 |  | Writ Issued *for the county of Marin in the amount of $18,867,843.19* (ga, COURT STAFF) (Filed on 5/9/2006) (Entered: 05/09/2006) |
| 05/09/2006 |  | Writ Issued *for the County of San Francisco in the amount of $18,867,843.19* (ga, COURT STAFF) (Filed on 5/9/2006) (Entered: 05/09/2006) |
| 05/09/2006 | 2 | ORDER finding cases C-99-3073 MMC and C-06-80086 MISC CRB are NOT RELATED within the meaning of Civil L.R. 3-12. Signed by Judge Maxine M. Chesney on 5/9/2006. (mmclc2, COURT STAFF) (Filed on 5/9/2006) (Entered: 05/09/2006) |
| 06/01/2006 | 3 | Ex Parte Application: Under Writ of Execution to Allow Levy against certain Bank Accounts in the names of Eurofed Bank (Antigua) and Dugsbery Inc. filed by Universal Trading & Investment Co. (ga, COURT STAFF) (Filed on 6/1/2006) (Entered: 06/06/2006) |
| 06/01/2006 | 4 | AFFIDAVIT of Dr. W.Scott Thompson in Support re 3 Ex Parte Application filed byUniversal Trading & Investment Co. (ga, COURT STAFF) (Filed on 6/1/2006) (Entered: 06/06/2006) |
| 06/06/2006 | 5 | ORDER OF REFERRAL. Signed by Judge Charles R. Breyer on June 6, 2006. (crblc2, COURT STAFF) (Filed on 6/6/2006) (Entered: 06/06/2006) |
| 07/31/2006 | 6 | Ex Parte Application Under Writ of Execution to Confirm Levy on Real Property held in the name of Dugsbery, Inc. with Judicial Sale filed by Universal Trading & Investment Co. (ga, COURT STAFF) (Filed on 7/31/2006) (Entered: 08/01/2006) |
| 07/31/2006 | 7 | EXHIBITS re 6 Ex Parte Application filed byUniversal Trading & Investment Co. (ga, COURT STAFF) (Filed on 7/31/2006) (Entered: 08/01/2006) |
| 07/31/2006 | 8 | AFFIDAVIT of Dr. Warren Coats in Support re 6 Ex Parte Application filed byUniversal Trading & Investment Co. (ga, COURT STAFF) (Filed on 7/31/2006) (Entered: 08/01/2006) |
| 07/31/2006 | 9 | AFFIDAVIT of Dr. W. Scott Thompson in Support re 6 Ex Parte Application filed byUniversal Trading & Investment Co. (ga, COURT STAFF) (Filed on 7/31/2006) (Entered: 08/01/2006) |
| 08/29/2006 | 10 | ORDER RELATING CASE to 00cr284 MJJ and Reassign to Judge Jenkins.. Signed by Judge Martin J. Jenkins on 8/29/06. (ga, COURT STAFF) (Filed on 8/29/2006) (Entered: 09/01/2006) |
| 09/01/2006 | 11 | MOTION to Issue Order on Judgment re 1 filed by Universal Trading & Investment Co. (ga, COURT STAFF) (Filed on 9/1/2006) (Entered: 09/06/2006) |
| 09/05/2006 | 12 | CERTIFICATE OF SERVICE by Universal Trading & Investment Co re 11 MOTION to Issue Order on Judgment re 1 Notice (Other) (ga, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 9/5/2006) (Entered: 09/06/2006) |
| 09/06/2006 | | Case Reassigned to Judge Martin J. Jenkins. Judge Charles R. Breyer no longer assigned to the case. Signed by Executive Committee on 09/06/06. (mab, COURT STAFF) (Filed on 9/6/2006) (Entered: 09/06/2006) |
| 09/08/2006 | 13 | Opposition re 11 MOTION to Issue Order filed by USA (ga, COURT STAFF) (Filed on 9/8/2006) (Entered: 09/08/2006) |
| 10/03/2006 | 14 | MOTION for Administrative Relief re 6 Ex Parte Application filed by Universal Trading & Investment Co. (ga, COURT STAFF) (Filed on 10/3/2006) (Entered: 10/04/2006) |
| 02/05/2007 | 15 | WRIT of Execution Returned Unsatisfied with added costs as to United Energy Systems of Ukraine, PFG. (ga, COURT STAFF) (Filed on 2/5/2007) (Entered: 02/06/2007) |
| 10/09/2007 | 16 | Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits *JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER WRIT OF EXECUTION TO CONFIRM LEVY ON REAL PROPERTY HELD IN THE NAME OF DUGSBERY, INC. WITH JUDICIAL SALE* filed by Universal Trading & Investment Co. Motion Hearing set for 11/13/2007 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Appendix Appendix 2# 2 Appendix List to Appendix 2# 3 Appendix Doc. Annex pgs. 1 - 50# 4 Appendix Doc. Annex pgs. 51 - 90# 5 Appendix Doc. Annex pgs. 91 - 133# 6 Exhibit proposed sheriff's instructions# 7 Affidavit Lambert Affidavit# 8 Exhibit Lambert signature page and Exhibits# 9 Proposed Order)(Aspelin, John) (Filed on 10/9/2007) (Entered: 10/09/2007) |
| 10/09/2007 | 17 | MARSHAL SERVICE FORM re 16 Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits *JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Exhibit USM Form 285* filed byUniversal Trading & Investment Co. (Related document(s) 16 ) (Aspelin, John) (Filed on 10/9/2007) Modified on 10/10/2007 (ga, COURT STAFF). (Entered: 10/09/2007) |
| 10/23/2007 | 18 | Memorandum in Opposition *to Universal Trading & Investment Co.'s Supplemental Application Under Writ of Execution to Confirm Levy on Real Property Held in the Name of Dugsbery, Inc. With Judicial Sale* filed byPavel I. Lazarenko. (Weinberg, Doron) (Filed on 10/23/2007) (Entered: 10/23/2007) |

| | | |
|---|---|---|
| 10/25/2007 | 19 | CLERK'S NOTICE VACATING the hearing on the Writ of Execution and setting a Status Conference for 11/13/2007 at 02:00 PM. (rbe, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/30/2007 | 20 | Letter from Doron Weinberg *to the Honorable Martin J. Jenkins*. (Weinberg, Doron) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 10/30/2007 | 21 | Letter from John H. Aspelin *Opposing Request for Continuance of CMC for 11/13/07*. (Aspelin, John) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 10/30/2007 | 22 | Reply to Opposition re 16 Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits *JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W* filed byUniversal Trading & Investment Co. (Attachments: # 1 Affidavit Lambert# 2 Exhibit Lambert Exhibits)(Aspelin, John) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 10/30/2007 | 23 | Request for Judicial Notice re 22 Reply to Opposition,,,, filed byUniversal Trading & Investment Co. (Attachments: # 1 Appendix RJN 1# 2 Appendix RJN Part 1# 3 Appendix RJN 2 Part 2# 4 Affidavit RJN 2 Part 3# 5 Appendix RJN 2 Part 4# 6 Appendix RJN 2 Part 5# 7 Appendix RJN 3# 8 Appendix RJN 4# 9 Appendix RJN 5# 10 Appendix RJN 6# 11 Appendix RJN 7 Part 1# 12 Appendix RJN 7 Part 2# 13 Affidavit RJN 8 Part 1# 14 Appendix RJN 8 Part 2# 15 Appendix RJN 9 Part 1# 16 Appendix RJN 9 Part 2# 17 Appendix RJN 9 Part 3# 18 Appendix RJN 10# 19 Appendix RJN 11# 20 Appendix RJN 12 Part 1# 21 Appendix RJN 12 Part 2# 22 Appendix RJN 12 Part 3# 23 Appendix RJN 13 Part 1# 24 Appendix RJN 13 Part 2# 25 Appendix RJN 14 Part 1# 26 Appendix RJN 14 Part 2# 27 Appendix RJN 15 Part 1# 28 Appendix RJN 15 Part 2# 29 Appendix RJN 16 Part 1# 30 Appendix RJN 16 Part 2# 31 Appendix RJN 17 Part 1# 32 Appendix RJN 17 Part 2# 33 Appendix RJN 18# 34 Appendix RJN 19# 35 Appendix RJN 20# 36 Appendix RJN 21)(Related document(s) 22 ) (Aspelin, John) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 11/01/2007 | 24 | NOTICE by Universal Trading & Investment Co re 19 Clerk's Notice *Proof of Service of Clerk's of Hearing* (Aspelin, John) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/07/2007 | 25 | CLERK'S NOTICE: Status Conference is rescheduled for 11/20/2007 at 02:00 PM. (rbe, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/07/2007) |
| | | |

| | | |
|---|---|---|
| 11/13/2007 | 26 | NOTICE by Universal Trading & Investment Co re 25 Clerk's Notice *Proof of Service of Clerk's Notice of Hearing* (Aspelin, John) (Filed on 11/13/2007) (Entered: 11/13/2007) |
| 11/20/2007 | 27 | Minute Entry: Status Conference held. (Court Reporter: Joan Columbini) (rbe, COURT STAFF) (Date Filed: 11/20/2007) (Entered: 11/20/2007) |
| 11/21/2007 | 28 | NOTICE by Universal Trading & Investment Co re 22 Reply to Opposition,,,, 16 Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits *JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W,* 23 Request for Judicial Notice,,,, 18 Memorandum in Opposition, 27 Status Conference *JUDGMENT CREDITORS NOTICE OF NO FILING OR COMPLIANCE BY REAL PARTY IN INTEREST PAVLO LAZARENKO* (Aspelin, John) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 29 | MEMORANDUM in Support re 22 Reply to Opposition,,,, 16 Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits *JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W Ex Parte Application re 3 Ex Parte Application, 6 Ex Parte Application, 9 Affidavit in Support of Motion, 8 Affidavit in Support of Motion, 4 Affidavit in Support of Motion, 7 Exhibits JUDGMENT CREDITORS SUPPLEMENTAL APPLICATION UNDER W,* 23 Request for Judicial Notice,,,, 28 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), 17 Exhibits,,,, 18 Memorandum in Opposition, 27 Status Conference *JUDGMENT CREDITOR'S SURREPLY REGARDING APPLICATION UNDER WRIT OF EXECUTION TO CONFIRM LEVY ON REAL PROPERTY HELD IN THE NAME OF DUGSBERY, INC. WITH JUDICIAL SALE* filed by Universal Trading & Investment Co. (Attachments: # 1 *Proposed Order*) |

| | | |
|---|---|---|
| | | *(Related document(s)* 22 , 16 , 23 , 28 , 17 , 18 , 27 *)* (Aspelin, John) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/26/2007 | 30 | Response *of Real Parties In Interest Pavel Lazarenko and Dugsbery, Inc. to Judgment Creditor's Notice and Supplemental Surreply* byPavel I. Lazarenko. (Weinberg, Doron) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 12/11/2007 | 31 | ORDER DENYING WITHOUT PREJUDICE UNIVERSAL TRADING AND INVESTMENT COMPANY'S APPLICATION FOR ORDER CONFIRMING LEVY OF EXECUTION ON REAL PROPERTY by Judge Martin J. Jenkins denying 6 Ex Parte Application ; denying 16 Ex Parte Application (mjjlc2, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/18/2007 | 32 | MOTION for Hearing *MOTION TO SET FOR TRIAL ON AN EXPEDITED BASIS* filed by Universal Trading & Investment Co. Motion Hearing set for 1/22/2008 02:00 PM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Supplement MOTION FOR ADMINISTRATIVE RELIEF TO SET TRIAL (FILED CONCURRENTLY WITH MOTION TO SET TRIAL ON AN EXPEDITED BASIS, # 2 Affidavit LAMBERT AFFIDADVIT SUPPORTING MOTION TO SET FOR TRIAL and MOTION FOR ADMINISTRATIVE RELIEF, # 3 Signature Page (Declarations/Stipulations) Lambert signature page, # 4 Proposed Order)(Aspelin, John) (Filed on 12/18/2007) (Entered: 12/18/2007) |
| 01/02/2008 | 33 | Reply Memorandum *( 32 Defendants and Real Parties In Interest Response to Motion to Set Trial and Request for Clarification of Order)* filed byPavel I. Lazarenko. (Weinberg, Doron) (Filed on 1/2/2008) Modified on 1/3/2008 (ga, COURT STAFF). (Entered: 01/02/2008) |
| 01/08/2008 | 34 | Reply to Opposition re 32 MOTION for Hearing *MOTION TO SET FOR TRIAL ON AN EXPEDITED BASIS* filed byUniversal Trading & Investment Co. (Attachments: # 1 Affidavit Plyamovaty Affidavit, # 2 Exhibit Plyamovaty Exibits 1 to 50, # 3 Exhibit Plyamovaty Exhibits 51- 102, # 4 Affidavit Lambert Affidavit, # 5 Errata Lambert Exhibits)(Aspelin, John) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/18/2008 | 36 | TRANSCRIPT of Proceedings held on 11/20/07 before Judge Martin J. Jenkins. Court Reporter: Joan Marie Columbini.. (ga, COURT STAFF) (Filed on 1/18/2008) (Entered: 01/25/2008) |
| 01/23/2008 | 35 | CLERK'S NOTICE..Status Conference set for 2/5/2008 02:00 PM. (mat, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 02/05/2008 | 37 | Minute Entry: Status Conference (Date Filed: 2/5/2008). Responses due by 3/14/2008. Replies due by 3/21/2008. Motion Hearing set for 3/25/2008 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Court Reporter Margo Gurule.) (mat, COURT STAFF) (Date Filed: 2/5/2008) (Entered: 02/05/2008) |
| 02/29/2008 | 38 | MOTION for Summary Judgment filed by Pavel I. Lazarenko. Motion Hearing set for 3/25/2008 09:30 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Counsel)(Weinberg, Doron) (Filed on 2/29/2008) (Entered: |

| | | |
|---|---|---|
| | | 02/29/2008) |
| 03/14/2008 | 39 | Memorandum in Opposition re 38 MOTION for Summary Judgment filed byUniversal Trading & Investment Co. (Attachments: # 1 Affidavit Lambert Affidavit, # 2 Signature Page (Declarations/Stipulations) Lambert Signature and Exhibit A)(Aspelin, John) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/21/2008 | 40 | Reply Memorandum *by Defendants' and Real Parties in Interest in Support of 38 Motion for Summary Judgment* filed byPavel I. Lazarenko. (Weinberg, Doron) (Filed on 3/21/2008) Modified on 3/24/2008 (ga, COURT STAFF). (Entered: 03/21/2008) |
| 03/24/2008 | 41 | MEMORANDUM in Opposition re 38 MOTION for Summary Judgment, 39 Memorandum in Opposition, 40 Reply Memorandum *JUDGMENT CREDITOR'S OBJECTION TO SUMMARY JUDGMENT MOTION FOR FAILURE TO COMPLY WITH STANDING ORDER* filed byUniversal Trading & Investment Co. (Related document(s) 38 , 39 , 40 ) (Aspelin, John) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 03/25/2008 | 42 | Minute Entry: Motion Hearing held on 3/25/2008 before Martin J. Jenkins (Date Filed: 3/25/2008) re 38 MOTION for Summary Judgment filed by Pavel I. Lazarenko. (Court Reporter Catherine Edwards.) (mat, COURT STAFF) (Date Filed: 3/25/2008) (Entered: 03/25/2008) |
| 03/27/2008 | 43 | ORDER by Judge Martin J. Jenkins granting Motion for Summary Judgment and denying Cross-Motion for Continuance. (mjjlc2, COURT STAFF) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 04/10/2008 | 44 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Charles R. Breyer for all further proceedings. Judge Hon. Martin J. Jenkins no longer assigned to the case. Signed by Executive Committee on 4/10/08. (ha, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/11/2008 | 45 | CLERK'S NOTICE setting status conference (be, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/11/2008 | | Set Deadlines/Hearings: Status Conference set for 4/18/2008 08:30 AM in Courtroom 8, 19th Floor, San Francisco. Case Management Statement due by 4/16/2008. (be, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/15/2008 | 46 | CLERK'S NOTICE rescheduling status conference (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | | Set Deadlines/Hearings: Status Conference set for 4/25/2008 08:30 AM. Case Management Statement due by 4/23/2008. (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/23/2008 | 47 | JOINT CASE MANAGEMENT STATEMENT *April 25, 2008 @ 8:30 am* filed by Universal Trading & Investment Co. (Aspelin, John) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/23/2008 | 48 | MOTION APPLICATION TO CONFIRM LEVY INSTRUCTIONSON REAL |

| | | |
|---|---|---|
| | | PROPERTY HELD IN THE NAME OF DUGSBERY, INC. WITH JUDICIAL SALE filed by Universal Trading & Investment Co. Motion Hearing set for 5/30/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Appendix Annex pg 1 to 40, # 2 Appendix Annex pp 41 to 80, # 3 Appendix Annex pp. 81 to 100, # 4 Appendix Annex pp. 101 to 120, # 5 Appendix Annex pp. 121 to 160, # 6 Appendix Annex pp. 161 to 185, # 7 Appendix Annex pp. 186 to 200, # 8 Appendix Annex pp. 201 to 221, # 9 Affidavit Lambert Affidavit, # 10 Signature Page (Declarations/Stipulations) Lambert signature, # 11 Proposed Order)(Aspelin, John) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/25/2008 | 49 | Minute Entry: Further Case Management Conference held on 4/25/2008 before Charles R. Breyer (Date Filed: 4/25/2008). Motions Hearing set for 7/11/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Court Reporter Connie Kuhl.) (be, COURT STAFF) (Date Filed: 4/25/2008) (Entered: 04/28/2008) |
| 05/06/2008 | 50 | COMPLAINT *VERIFIED COMPLAINT FOR JUDGMENT CREDITORS REMEDIES TO SATISFY MONEY JUDGMENT et. al.* against all defendants ( Filing fee $ 350, receipt number Already Paid.). Filed byUniversal Trading & Investment Co. (Attachments: # 1 Signature Page (Declarations/Stipulations) Lambert Verification) (Aspelin, John) (Filed on 5/6/2008) (Entered: 05/06/2008) |
| 05/08/2008 | | Summons Issued as to Lady Lake Investment Corp., Orby International Ltd.. (ga, COURT STAFF) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/23/2008 | 51 | MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support* filed by Pavel I. Lazarenko. Motion Hearing set for 5/30/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Weinberg, Doron) (Filed on 5/23/2008) (Entered: 05/23/2008) |
| 05/23/2008 | 52 | MOTION to Amend/Correct 51 MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support* filed by Pavel I. Lazarenko. Motion Hearing set for 7/11/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Weinberg, Doron) (Filed on 5/23/2008) (Entered: 05/23/2008) |
| 06/06/2008 | 53 | Memorandum in Opposition re 52 MOTION to Amend/Correct 51 MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support* MOTION to Amend/Correct 51 MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support*, 51 MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support* filed byUniversal Trading & Investment Co. (Attachments: # 1 Affidavit Plyamovaty affidavit, # 2 Exhibit Plyamvoaty Exhibits A to K) (Aspelin, John) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/10/2008 | 54 | Transcript of Proceedings held on 3/25/08, before Judge Martin J. Jenkins. Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber Catherine Edwards, Telephone number (510) 886-2427. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 9/5/2008. (djc, COURT STAFF) (Filed on 6/10/2008) (Entered: 06/10/2008) |
| 06/10/2008 | 55 | AMENDED Transcript of Proceedings held on 3/25/08, before Judge Martin J. Jenkins. Court Reporter/Transcriber Catherine Edwards, Telephone number (510) 886-2427. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 9/5/2008. (djc, COURT STAFF) (Filed on 6/10/2008) (Entered: 06/10/2008) |
| 06/20/2008 | 56 | Reply to Opposition *(UTICo'S) to Motion for Dismissal of Verified Complaint and Amended Application to Confirm Levy on Real Party* filed byPavel I. Lazarenko. (Weinberg, Doron) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/20/2008 | 57 | CLERK'S NOTICE Status Conference set for 6/27/2008 08:30 AM. (be, COURT STAFF) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/23/2008 | 58 | Letter from Doron Weinberg *Re: Status Conference*. (Weinberg, Doron) (Filed on 6/23/2008) (Entered: 06/23/2008) |
| 06/27/2008 | 59 | Minute Entry: Case Management Conference held on 6/27/2008 before Charles R. Breyer (Date Filed: 6/27/2008). Any additional briefing to be filed by noon on 7/03/08. (Court Reporter Kathy Powell.) (be, COURT STAFF) (Date Filed: 6/27/2008) (Entered: 06/27/2008) |
| 07/01/2008 | 60 | NOTICE by Pavel I. Lazarenko *(Defendants And Real Parties In Interest's Memorandum In Support of Proposed Judgment)* (Attachments: # 1 Proposed Order (Proposed Judgment))(Weinberg, Doron) (Filed on 7/1/2008) (Entered: 07/01/2008) |
| 07/03/2008 | 61 | MEMORANDUM in Opposition re 52 MOTION to Amend/Correct 51 MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support* MOTION to Amend/Correct 51 MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support*, 56 Reply to Opposition, 53 Memorandum in Opposition,,, 60 Notice (Other), 51 MOTION to Dismiss *Plaintiff UITCo'S Verified Amended Complaint and Supplemental Application to Confirm Levy on Real Property; Memorandum of Points and Authorities in Support*, 59 Case Management Conference - Further filed byUniversal |

| | | |
|---|---|---|
| | | Trading & Investment Co. (Attachments: # 1 Proposed Order)(Related document(s) 52, 56, 53, 60, 51, 59) (Aspelin, John) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 07/03/2008 | 62 | JUDGMENT. Signed by Judge Breyer on 7/3/2008. (crblc2, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 07/17/2008 | 63 | MOTION to Alter Judgment *JUDGMENT CREDITORSMOTION; TO ALTER SUMMARY JUDGMENT RULING;TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON OCTOBER 18, 2006; AND TO ALLOW TO PROCEED WITH JUDGMENT CREDITORS SUIT* filed by Universal Trading & Investment Co. Motion Hearing set for 8/22/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Affidavit Thompson, # 2 Exhibit Thompson Exhibits, # 3 Affidavit Lambert, # 4 Exhibit Lambert Exhibits 1 to 50, # 5 Exhibit Lambert Exhibits 50 to end, # 6 Proposed Order)(Aspelin, John) (Filed on 7/17/2008) (Entered: 07/17/2008) |
| 07/22/2008 | 64 | Letter from Doron Weinberg re: Universal Trading & Investment Co., Inc., et. al. *Case No. CV-06-mc-80086 CRB*. (Weinberg, Doron) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/23/2008 | 65 | ORDER by Judge Breyer denying 63 Motion to Alter Judgment (crblc2, COURT STAFF) (Filed on 7/23/2008) (Entered: 07/23/2008) |
| 07/29/2008 | 66 | NOTICE OF APPEAL as to 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgment by Universal Trading & Investment Co. Filing fee $ 455. (ga, COURT STAFF) (Filed on 7/29/2008) (Entered: 08/07/2008) |
| 08/07/2008 | 67 | TRANSMITTAL NOTICE re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgment (ga, COURT STAFF) (Filed on 8/7/2008) . (Entered: 08/07/2008) |
| 08/15/2008 | 68 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related (filed concurrently in 08cv3632-JL)* filed by Universal Trading & Investment Co. (Aspelin, John) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/19/2008 | | USCA Case Number 08-16800 for 66 Notice of Appeal filed by Universal Trading & Investment Co. (ga, COURT STAFF) (Filed on 8/19/2008) (Entered: 08/19/2008) |
| 08/22/2008 | 69 | ORDER by Judge Charles R. Breyer granting 68 Motion to Relate Case C-08-3632JL to C-06-80086CRB (be, COURT STAFF) (Filed on 8/22/2008) (Entered: 08/22/2008) |
| 08/28/2008 | 70 | Transcript of Proceedings held on 02/05/08, before Judge MARTIN J. JENKINS. Court Reporter/Transcriber Margaret "Margo" Gurule, Telephone number 415-504-4204. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 9/15/2008. Redacted Transcript Deadline set for 9/25/2008. Release of Transcript Restriction set for 11/24/2008. (mng, COURT STAFF) (Filed on 8/28/2008) (Entered: |

| | | |
|---|---|---|
| | | 08/28/2008) |
| 09/04/2008 | 71 | Transcript of Proceedings held on 02/05/08, before Judge MARTIN J. JENKINS. Court Reporter/Transcriber Margaret "Margo" Gurule, Telephone number 415-504-4204. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 12/1/2008. (mng, COURT STAFF) (Filed on 9/4/2008) (Entered: 09/04/2008) |
| 09/10/2008 | 72 | MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgment filed by Universal Trading & Investment Co. Motion Hearing set for 10/17/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Affidavit Thompson Affidavit, # 2 Exhibit Thompson Ex A to C, # 3 Exhibit Thompson Exs. D - E, # 4 Exhibit Thompson Exs. F - N, # 5 Affidavit Lambert Affidavt, # 6 Exhibit Lambert Exhibits Pgs 1 to 30, # 7 Exhibit Lambert Exs. Pgs 31 - 60, # 8 Exhibit Lambert Exs. 61- end, # 9 Proposed Order)(Aspelin, John) (Filed on 9/10/2008) (Entered: 09/10/2008) |
| 09/11/2008 | 73 | CLERK'S NOTICE Rescheduling Motion Hearing Motion Hearing rescheduled for 10/10/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. Opposition due 9/19/08 and reply due 9/26/2008. (be, COURT STAFF) (Filed on 9/11/2008) (Entered: 09/11/2008) |
| 09/19/2008 | 74 | MEMORANDUM in Opposition *by Defendants and Real Parties in Interest to Plaintiff UTICo's Motion for Willingness to Entertain Motion Under Rule 60(b)* filed byPavel I. Lazarenko. (Weinberg, Doron) (Filed on 9/19/2008) (Entered: 09/19/2008) |
| 09/22/2008 | 75 | STIPULATION re 73 Clerk's Notice Continuing Motion Hearing, 74 Memorandum in Opposition, 72 MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, |

| | | |
|---|---|---|
| | | 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme *STIPULATION AND PROPOSED ORDER CONTINUING HEARING FROM OCT.10, 2008 TO OCT 24, 2008* by Universal Trading & Investment Co. (Aspelin, John) (Filed on 9/22/2008) (Entered: 09/22/2008) |
| 09/22/2008 | 76 | ORDER re 75 Stipulation,,,,, filed by Universal Trading & Investment Co, Set/Reset Deadlines as to 75 Stipulation,,,,, 72 MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme. Motion Hearing set for 10/24/2008 02:00 PM in Courtroom 8, 19th Floor, San Francisco.. Signed by Judge Charles R. Breyer on 9/22/08. (be, COURT STAFF) (Filed on 9/22/2008) (Entered: 09/22/2008) |
| 09/26/2008 | 77 | Reply to Opposition re 72 MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme filed byUniversal Trading & Investment Co. (Attachments: # 1 Exhibit)(Aspelin, John) (Filed on 9/26/2008) (Entered: 09/26/2008) |
| 10/24/2008 | 78 | Minute Entry: Motion Hearing held on 10/24/2008 before Charles R. Breyer (Date Filed: 10/24/2008) re 72 MOTION MOTION FOR WILLINGNESS TO ENTERTAIN |

|  |  |  |
|---|---|---|
|  |  | MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme MOTION MOTION FOR WILLINGNESS TO ENTERTAIN MOTIONS UNDER RULE 60(b); TO CONSIDER EVIDENCE OF FRAUDULENT TRANSFER ON FEBRUARY 7, 2000 AND OCTOBER 18, 2006 re 62 Judgment, 43 Order on Motion for Summary Judgment, 65 Order on Motion to Alter Judgme filed by Universal Trading & Investment Co. (Court Reporter Lydia Zinn.) (be, COURT STAFF) (Date Filed: 10/24/2008) (Entered: 10/24/2008) |
| 10/31/2008 | 79 | ORDER by Judge Breyer denying 72 Motion (crblc2, COURT STAFF) (Filed on 10/31/2008) (Entered: 10/31/2008) |
| 03/01/2009 | 80 | MOTION to Amend/Correct *Record on Appeal (Answering Excerpts of Record), Court of Appeals Docket 08-16800, Motion for Administrative Relief,* filed by Universal Trading & Investment Co. (Attachments: # 1 Affidavit of George Lambert, # 2 Exhibit part 1 to Lambert Affidavit, # 3 Exhibit part 2, to Lambert Affidavit, # 4 Proposed Order)(Aspelin, John) (Filed on 3/1/2009) (Entered: 03/01/2009) |
| 03/10/2009 | 81 | ORDER by Judge Breyer denying 80 Motion to Amend/Correct ; (crblc2, COURT STAFF) (Filed on 3/10/2009) (Entered: 03/10/2009) |

| PACER Service Center |  |  |  |
|---|---|---|---|
| Transaction Receipt |  |  |  |
| 10/06/2012 11:20:08 |  |  |  |
| **PACER Login:** | ep0223 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 3:06-mc-80086-CRB |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |