UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC.<br><br>      Plaintiff<br><br>   -vs-<br><br>YULIA TYMOSHENKO;<br>ALEXANDER TYMOSHENKO;<br>ANDREY VAVILOV<br><br>and DOES from 1 to 10<br><br>      Defendants | CIVIL ACTION<br>DOCKET No. 11-cv-7877 (PAC)<br><br>**PROOF OF SERVICE**<br><br>**RE. DEFENDANT ANDREY VAVILOV** |

      Plaintiff Universal Trading & Investment Co., Inc. files herewith the proof of service on Defendant Andrey Vavilov of the Summons and of the Amended Complaint.

      Respectfully submitted,

      Dated: July 29, 2013

                                  Peter A. Joseph, Esq.
                                  Bar PJ-9723
                                  177 Waverly Place # 5F
                                  New York, NY, 10014-3552
                                  Tel. (212) 924 1498

                                  /s/_____
                                  George Lambert, Esq.
                                  D.C. bar #979327, pro hac vice
                                  Law Offices of Leonard Suchanek
                                  1025 Connecticut Ave., #1000 NW
                                  Washington, D.C., 20036
                                  Tel. (202) 640 1897, Fax (800) 952 1950

                                  Attorneys for Plaintiff
                                  Universal Trading & Investment Co., Inc.

Law Offices of Lambert and Associates
Suitable Age Service
# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*449383*

Index no : 11CV7877 (PAC)
Office No:

| Plaintiff(s): | UNIVERSAL TRADING & INVESTMENT CO., INC. |
|---|---|
| Defendant(s): | YULIA TYMOSHENKO, ALEXANDER TYMOSHENKO, ANDREY VAVILOV |

STATE OF NEW YORK COUNTY OF QUEENS    ss.:
I (Benny Gonzalez) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **07/18/2013** at **7:47 PM**, I served the within **SUMMONS AND AMENDED COMPLAINT** on **ANDREY VAVILOV** at **TIME WARNER TOWER SOUTH, 10 COLUMBUS CIRCLE, PENTHOUSE, 78TH FLOOR, New York, NY 10023** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **vince doe, DOORMAN** a person of suitable age and discretion. Person spoken to stated that said premises is intended recepients residence within the state.

Comments: **I MADE PRIOR ATTEMPTS OF SERVICE ON 7/15/13 AT 1035 AM AND 7/17/13 AT 855AM. AT NEITHER TIME DID THE DOORMAN GET AN ANSWER WHEN HE CALLED THE DEFENDANT AND HE WOULD NOT LET ME UP TO CHECK FOR MYSELF. DOORMAN CALLED THE OCCUPANT WHO INSTRUCTED HE/SHE NOT TO LET ME UPSTAIRS TO EFFECT SERVICE. I SUBSEQUENTLY LEFT THE DOCUMENTS WITH THE DOORMAN AS MY PROGRESS HAD BEEN STOPPED.**

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | White | Blonde | 40 | 5ft9in | 181-200lbs |
| Other Features: | | | | | |

On **07/22/2013** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **TIME WARNER TOWER SOUTH, 10 COLUMBUS CIRCLE, PENTHOUSE, 78TH FLOOR, New York, NY 10023**. That address being the **last known residence, usual place of abode of the Defendant(s).** Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/22/2013

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/15

X _____
Benny Gonzalez
License#: 1388138
Progressive Process Service, Inc.
P.O. Box 230270
Hollis, NY 11423
800-652-7550  Clerk: Progressive

