```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC. | : : : |
| V. | : CIVIL ACTION : NO. 11-CV-7877 (PAC) |
| YULIA TYMOSHENKO ALEXANDER TYMOSHENKO ANDREY VAVILOV | : : : : |
| and DOES from 1 to 10 | : : |

## ENTRY OF SPECIAL APPEARANCE

Please enter our special appearance as co-counsel on behalf of defendant Andrey Vavilov. This entry of appearance is a special appearance and is not a consent to jurisdiction or a waiver of the right to challenge the assertion of jurisdiction.

```
                              /s/ Matthew P. Feser
                              Matthew P. FESER
                              SALISBURY & RYAN
                              1325 Avenue of the Americas, 7th Fl.
                              New York, NY  10019
                              212-977-4660
                              212-977-4668 (fax)
                              mf@salisburyryan.com

                              /s/ James P. Golden
                              JAMES P. GOLDEN
                              Pennsylvania I.D. No. 32169
                              HAMBURG & GOLDEN, P.C.
                              1601 Market Street, Suite 3310
                              Philadelphia, PA  19103
                              215-255-8590
                              215-255-8583 (fax)
                              goldenjp@hamburg-golden.com
                              (Admission Pro hac vice pending)

Date: August 7, 2013          Attorneys for defendant
                              Andrey Vavilov
```