<u>CERTIFICATE OF SERVICE</u>

I, James P. Golden, hereby certify that the foregoing Entry of Special Appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System.  I further certify that a copy of the foregoing Entry of Special Appearance was served by regular mail on August 7, 2013, on the following:

### *Attorneys for Plaintiff:*

Peter A. Joseph, Esq.
177 Waverly Place #5
New York, NY 10014-3552

George Lambert, Esq.
Law Offices of Leonard Suchanek
1025 Connecticut Ave, #1000 NW
Washington, DC 20036

### *Attorney for Defendant, Yulia Tymoshenko:*

Kenneth Foard McCallion
McCallion & Associates, LLP
100 Park Avenue
16th Floor
New York, NY  10017

/s/ James P. Golden
JAMES P. GOLDEN

Date: August 7, 2013