USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8-8-13

# HAMBURG & GOLDEN, P.C.
Attorneys

1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590
Facsimile: (215) 255-8583
silverjc@hamburg-golden.com

James P. Golden
Neil J. Hamburg
Michael E. Sacks
Jane C. Silver
Jodi S. Wilenzik
Shari E. Lewis
Maureen P. Holland

Writer's Direct Dial:
215-255-8597

August 7, 2013

**BY EMAIL**
CrottyNYSDChambers@nysd.uscourts.gov
Marlon_Ovalles@nysd.uscourts.gov

Honorable Paul A. Crotty
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

8-8-13
SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Universal Trading & Investment Co., Inc. v.
Tymoshenko, et al., 11-cv-7877 (PAC) — Defendant
Andrey Vavilov's Request for Extension of Time

Dear Judge Crotty:

This firm and Matthew Feser of Salisbury & Ryan represent defendant Andrey Vavilov. Enclosed is a courtesy copy of the Entry of Special Appearance which was filed electronically with the Court today. This entry of appearance is a special appearance and is not a consent to jurisdiction or a waiver of the right to challenge the assertion of jurisdiction.

In accordance with Your Honor's Individual Practices, Rule #1 E, we are writing to request a thirty-day extension of time for defendant Andrey Vavilov to answer, move, or otherwise plead in response to the amended complaint, until Monday, September 9, 2013. The original due date is August 8, 2013.

This request is defendant Andrey Vavilov's first request for an extension of time to answer, move or otherwise plead and is for not more than 30 days.

MEMO ENDORSED

Honorable Paul A. Crotty
August 7, 2013
Page -2-

     Plaintiff's counsel consents to this extension until September 9, 2013.

     In accordance with Individual Practice Rule #1 E(5), plaintiff's counsel and counsel for Mr. Vavilov are available at Your Honor's convenience for a conference on August 8, 9, and 12.

                          Respectfully,

                          JANE C. SILVER

JCS:st
Enclosure

cc: George Lambert, Esquire
    Peter A. Joseph, Esquire
    Kenneth F. McCallion, Esquire
    Matthew P. Feser, Esquire
    James P. Golden, Esquire
    (all by email w/enclosure)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC. | : <br> : <br> : |
| v. | : CIVIL ACTION <br> : NO. 11-CV-7877 (PAC) |
| YULIA TYMOSHENKO <br> ALEXANDER TYMOSHENKO <br> ANDREY VAVILOV | : <br> : <br> : |
| and DOES from 1 to 10 | : <br> : |

### ENTRY OF SPECIAL APPEARANCE

Please enter our special appearance as co-counsel on behalf of defendant Andrey Vavilov. This entry of appearance is a special appearance and is not a consent to jurisdiction or a waiver of the right to challenge the assertion of jurisdiction.

/s/ Matthew P. Feser
Matthew P. FESER
SALISBURY & RYAN
1325 Avenue of the Americas, 7th Fl.
New York, NY 10019
212-977-4660
212-977-4668 (fax)
mf@salisburyryan.com

/s/ James P. Golden
JAMES P. GOLDEN
Pennsylvania I.D. No. 32169
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
215-255-8590
215-255-8583 (fax)
goldenjp@hamburg-golden.com
(Admission Pro hac vice pending)

Date: August 7, 2013

Attorneys for defendant
Andrey Vavilov

## CERTIFICATE OF SERVICE

I, James P. Golden, hereby certify that the foregoing Entry of Special Appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing Entry of Special Appearance was served by regular mail on August 7, 2013, on the following:

### Attorneys for Plaintiff:

Peter A. Joseph, Esq.
177 Waverly Place #5
New York, NY 10014-3552

George Lambert, Esq.
Law Offices of Leonard Suchanek
1025 Connecticut Ave, #1000 NW
Washington, DC 20036

### Attorney for Defendant, Yulia Tymoshenko:

Kenneth Foard McCallion
McCallion & Associates, LLP
100 Park Avenue
16th Floor
New York, NY  10017

/s/ James P. Golden
JAMES P. GOLDEN

Date: August 7, 2013