UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
_____
                               :
UNIVERSAL TRADING & INVESTMENT :
CO., INC.                      :
                               :
         V.                    :   CIVIL ACTION
                               :   NO. 11-CV-7877 (PAC
YULIA TYMOSHENKO               :
ALEXANDER TYMOSHENKO           :   ORDER FOR ADMISSION
ANDREY VAVILOV                 :       PRO HAC VICE
and DOES from 1 to 10          :
                               :
_____:
```

The motion of James P. Golden, for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and his contact information is as follow:

>JAMES P. GOLDEN
>Hamburg & Golden, P.C.
>1601 Market Street, Suite 3310
>Philadelphia, PA  19103
>215-255-8593 (O)
>215-255-8583 (Fax)
>goldenjp@hamburg-golden.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Andrey Vavilov in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

local rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                                  PAUL A. CROTTY, J.
                                                  United States District Judge