UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNIVERSAL TRADING & INVESTMENT
CO., INC.

V.

YULIA TYMOSHENKO
ALEXANDER TYMOSHENKO
ANDREY VAVILOV

and DOES from 1 to 10

CIVIL ACTION
NO. 11-CV-7877 (PAC)

**NOTICE OF MOTION TO DISMISS
THE COMPLAINT PURSUANT TO RULE 12(b)(2) and 12(b)(6)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and supporting declarations dated October 18, 2013, and all prior proceedings and pleadings had herein, defendant Andrey Vavilov, by and through his undersigned counsel, will move this Court before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date, time and place as the Court shall designate, for an order pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) dismissing the entire amended complaint against Andrey Vavilov for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that plaintiff's opposition to this motion, if any, shall be filed on or before November 1, 2013, in accordance with this Court's September 16, 2013, Order (Dkt 53).

PLEASE TAKE FURTHER NOTICE that defendant's reply, if any, to plaintiff's opposition to this motion shall be filed on or before November 8, 2013, in accordance with this Court's September 16, 2013, Order (Dkt 53).

Respectfully submitted,


/s/ Matthew P. Feser
MATTHEW P. FESER
SALISBURY & RYAN
1325 Avenue of the Americas, 7th Fl.
New York, NY    10019
212-977-4660
212-977-4668 (fax)
mf@salisburyryan.com

/s/ James P. Golden
JAMES P. GOLDEN
Pennsylvania I.D. No. 32169
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA    19103
215-255-8590
215-255-8583 (fax)
goldenjp@hamburg-golden.com
(Admitted Pro hac vice)

*Attorneys for defendant*
*Andrey Vavilov*


Date:    October 18, 2013

(SERVICE INFORMATION CONTINUED ON NEXT PAGE)

TO:

Peter A. Joseph, Esq.
177 Waverly Place #5F
New York, NY 10014-3552
peter.joseph72@post.harvard.edu

George A. Lambert, Esq.
Law offices of Leonard Sushanek
1025 Connecticut Ave., #1000 NW
Washington, D.C. 20036
LawDC10@aol.com

*Attorneys for Plaintiff*

TO:

Kenneth F. McCallion, Esq.
McCallion & Associates LLP
100 Park Avenue - 16th floor
New York, NY 10017-5538
kfm@mccallionlaw.com

*Attorneys for Defendant Yulia Tymoshenko:*