UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC. : : : V. : CIVIL ACTION : NO. 11-CV-7877 (PAC) YULIA TYMOSHENKO : ALEXANDER TYMOSHENKO : ANDREY VAVILOV : : and DOES from 1 to 10 : : | |

### DECLARATION OF JAMES P. GOLDEN

JAMES P. GOLDEN hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a shareholder in the firm of Hamburg & Golden, P.C., counsel for defendant Andrey Vavilov, and I submit this declaration in support of Mr. Vavilov's motion to dismiss the complaint.

2. The following true and correct exhibits are attached:

   1. Declaration of Andrey Vavilov in support of dismissal for lack of personal jurisdiction

   2. Amended Complaint

   3. Universal Trading & Investment Co., Inc. v. Tymoshenko, 2012 WL 6186471 (Dec. 12, 2012) (Crotty, J.) (dismissing complaint)

   4. Universal Trading & Investment Co., Inc. v. Tymoshenko, 2013 WL 6186471 (April 10, 2013) (Crotty, J.) (granting leave to amend complaint; "Only amendments related to the RICO cause of action will be allowed.")

   5. Westlaw search result showing 50 reported opinions involving Universal Trading litigation in the United States

        Respectfully submitted,

        /s/ Matthew P. Feser
        MATTHEW P. FESER
        SALISBURY & RYAN
        1325 Avenue of the Americas, 7th Fl.
        New York, NY  10019
        212-977-4660
        212-977-4668 (fax)
        mf@salisburyryan.com

        /s/ James P. Golden
        JAMES P. GOLDEN
        Pennsylvania I.D. No. 32169
        HAMBURG & GOLDEN, P.C.
        1601 Market Street, Suite 3310
        Philadelphia, PA  19103
        215-255-8590
        215-255-8583 (fax)
        goldenjp@hamburg-golden.com
        (Admitted Pro hac vice)

        Attorneys for defendant
        Andrey Vavilov

Date:   October 18, 2013