EXHIBIT  31



Andrei Vavilov, in happier real estate.

- 9/8/2008 at 5:20 PM

# Russian Financier Andrei Vavilov Sues Plaza Over Tiny Windows, Ugly Air Conditioners

- By Geoffrey Gray

0
0
Share on email

Remember when that mysterious foreign buyer laid down $53.5 million to buy triplex penthouses on top of the newly renovated (and still not open) Plaza Hotel? Well, call that deal off. Late last Friday, that international mystery man revealed himself to be Russian financier Andrei Vavilov, who launched a hedge fund here this year. Lawyers for Vavilov filed a lawsuit under two corporate entities in New York State Supreme Court against El-Ad Properties, the company that has undergone what's become a turbulent makeover process, and Stribling, the brokerage firm.

According to the lawsuit, El-Ad advertised the penthouses to be "one of a kind" oases, perched on top of one of the city's most magnificent addresses. Enticed by advertisements, buyers for Vavilov plunked down $10.3 million in down payments for two units, 2009 and 2011, which they planned to convert into one giant palatial condo overlooking the park.

But every time they tried to check out their apartments — four times between September 2007 and January 2008, the lawsuit claims — they were denied access to their unit. According to the lawsuit, they "were advised that it was against El-Ad's policy to allow them access to the Penthouse."

Before closing, the buyer was finally able to check out the apartment and, according to the lawsuit, was appalled. "An attic-like space was found," according to a press release, "with ceiling heights far lower than promised, views were obstructed, window sizes dwarfed, square footage diminished, large unattractive

drainage grates installed directly outside of certain windows, among other drastic changes not disclosed." The suit describes the deal as a "bait and switch" that was merely "a well-orchestrated scheme motivated by self-interest and greed." It also describes how the narrow windows in the penthouse "make the space more closely resemble an attic than a luxury penthouse living room." Vavilov's buyer wants his $10.3 million deposit back, plus damages (they estimate, somehow, that figure will be over $20 million).

Lawyers for El-Ad responded with a statement, calling the lawsuit "baseless" and accusing Vavilov of "failure to meet his legal obligation to close." They say the apartments were just as they were described in plans, and called the contract "iron-clad." "The Plaza is all but sold out and closings are proceeding as scheduled for some of the most highly regarded and sought after residences in the world," they added.

<u>0</u>

GET MORE: <u>**VU.**</u>, <u>THE PLAZA HOTEL</u>, <u>ANDREI VAVILOV</u>, <u>EL-AD</u>, <u>LAWSUITS</u>, <u>REAL ESTATE</u>, <u>STRIBLING</u> Photo: Ruth Fremson/The New Yo

# EXHIBIT  32

# The New York Observer

## Meet Andrei Vavilov! Litigious Plaza Penthouse Buyer (Inadvertently) Revealed

By **Max Abelson** 9/08/08 7:38pm



That mysterious Plaza buyer who is awfully upset about his $53.5 million triplex penthouse at The Plaza (and its "unappealing drainage grates") isn't so mysterious anymore. According to an email mistakenly sent to *The Observer*, the buyer is buzz-cut Russian financier Andrei Vavilov, a hedge fund maverick who became a deputy finance minister under Yeltsin in 1992, survived an assassination attempt in a Kremlin parking lot in 1996, made a fortune in Russian oil in 2002, and earned his first *Times* profile last year.

He's suing The Plaza's developer, El-Ad, to get back his teeth-rattling $10.7 million deposit on a two-unit penthouse, claiming to be the victim of a bait-and-switch. (The lawsuit also asks for damages "believed to exceed $20,000,000.") When this reporter asked El-Ad for a quote on the lawsuit, a spokesperson sent a six-sentence statement as an email attachment; the statement itself refers to the would-be buyer anonymously, though the attachment is titled with Mr. Vavilov's surname.

Y. David Scharf, the buyer's attorney, could not be reached for comment. But in an interview earlier this morning, he said: "If they were to give us our deposit back, we would obviously take it back. My

client's a businessman; we make rational business decisions. But, otherwise, my client is prepared to see this thing through."

Why, then, ask for $20 million in damages? "Let me give it to you straight," Mr. Scharf said. "We want our deposit back with interest–which is by this point about $11 million–plus out-of-pocket expenses for the legal fees, for the architectural and design fees, the cost of financing, and any additional damages that we suffered as a result of not being able to buy other apartments that have appreciated in value."

Later he referred to his client in that odd third-person plural: "For our client," he said, "this is a manner in which they feel they have been wronged, and they want people to know there has been a wrong perpetrated."

El-Ad's statement, in full, said: "The lawsuit filed by the purchaser of two penthouses at The Plaza is baseless at its core. Its meritless allegations are aimed at camouflaging the purchaser's failure to meet his legal obligations to close. The apartments as delivered are the apartments as described on the plans he reviewed and the contract he signed. Because the purchaser has, for some reason, changed his mind and decided not to close, does not alter the facts. We have an iron-clad contract which we are confident will be upheld by the courts. The Plaza is all but sold out and closings are proceeding as scheduled for some of the most highly regarded and sought after residences in the world."

Follow Max Abelson via RSS.

*topics:* Housing market, Manhattan Transfers, The Plaza, The Real Estate

EXHIBIT  33

# NEW YORK, NEWS AND POLITICS

http://nymag.com/daily/intelligencer/2009/07/plaza-destroying_oligarch_andr.html



- 7/6/2009 at 5:00 PM

## Plaza-Destroying Oligarch Andrei Vavilov Moves On to Time Warner Center

- By Chris Rovzar

We've never met them, and probably never will, but we can't help but love Russian billionaire Andrei Vavilov and his actress wife, Maryana Tsaregradskaya. First they bought into the unfinished Plaza Hotel, then sued when they saw the results of the renovation. After getting countersued, they persisted in their public attack on El-Ad, the new Plaza owners, eventually getting other prominent owners to back out. Then, after settling, the couplebought into the Plaza anyway. Now, after all of that, the pair turned around and made the most expensive single-apartment purchase so far this year — in the modern, Plaza-overshadowing Time Warner Center. According to the *Times*yesterday, they picked up "a five-bedroom penthouse on the 78th floor of the south tower" for a whopping $37 million, the highest price scored on this island since last September. In exchange for the glamour and history of the Plaza, the Russian duo will get 8,300 square feet, fourteen-foot ceilings, and the entire glass-encased 78th floor to themselves. As they look down into the top of the Plaza, with its "attic-like" apartments and "large unattractive drainage grates," we're sure their wounds will be soothed.

Pooh to the Plaza [NYT]

EXHIBIT  34

Translation.

## AGENCY OF FEDERAL INVESTIGATIONS

### He Leaves in American Style

**Former Deputy Finance Minister retires from being a senator.  Quite possibly, not quite of his free will.**

A member of the Federation Council for Penza region, former first deputy finance minister Andrey Vavilov will resign today from being a senator, as the chairman of the upper commission of the parliament on procedure Nikolay Tulaev advised the Vedomosty newspaper….

Vavilov represented Penzen region from 2002, his mandate expired in 2012.  A member of the secretariat of the Federation Council states that lately Vavilov was seen in the building on Bolshaya Dmitrovka more rarely.  Vavilov spends most of his time in the USA.  The leadership of the Federation Council forced him to sign resignation under the pressure of the law enforcement.  Vavilov's parliamentary immunity stands in the way of activating the old cases, as told by a senator acquainted with him.  In his words, yesterday Vavilov visited the chairman of the chamber Sergey Mironov and asked him to postpone relinquishing his mandate.  That was denied…

In the rating of Russian billionaires for 2010, tprepared by the journal Finance, Vavilov's fortune is estimated at 13.6 billion rubles ($450 million).  The deputy of the legislature Alexandre Hinshtein says that Vavilov has real estate and his family in the USA, and he took flights to Moscow, basically, for the meetings of the Federation Council.

March 17, 2010

_____

**CERTIFICATION OF TRANSLATION**

I, Tatyana Suchkova, certify herewith that I am a permanent resident in the USA, that my native language is Russian, that I have higher education, with the specialty of the languages' instructor, that I am competent to translate from Russian into English and that the foregoing translation from Russian into English is true and correct.

Date: 10/10/2013.  Correct:_____

**АГЕНТСТВО ФЕДЕРАЛЬНЫХ РАССЛЕДОВАНИЙ**

Поиск

[          ]  [ ????? ]

Политика »

### Уходит по-американски

**Бывший замминистра финансов Андрей Вавилов досрочно сложит полномочия сенатора. Возможно, не совсем добровольно**

📄 **Версия для печати**

📄 **Сохранить статью**

📄 **Отослать другу**

📄 **Оставить комментарий**
комментариев - 0

#### Разделы сайта

**Дайджест**

**Персоналии**

**База данных**

**Терроризм**

**Политика**

**Экономика**

**Общество**

**Масс-медиа**

**Криминал**

**Религия**

**Культура**

**Спорт**

**ФЛБ Регионы**

**ВИДЕО на FLB.RU**

**Советы юриста**

#### Регионы

**Центральный**

**Северо-Западный**

"Член Совета Федерации от Пензенской области, бывший первый замминистра финансов Андрей Вавилов досрочно сложит сегодня сенаторские полномочия, сообщил «Ведомостям» председатель комиссии верхней палаты парламента по регламенту и парламентским процедурам Николай Тулаев. По его словам, заявление было написано Вавиловым по собственному желанию.

Заксобрание Пензенской области Вавилов представлял с 2002 г., его полномочия истекали в 2012 г. Сотрудник аппарата Совфеда констатирует, что в последнее время Вавилова стали реже видеть в здании на Большой Дмитровке. Вавилов большую часть времени проводит в США, а написать заявление его вынудило руководство Совета Федерации под давлением правоохранительных органов, которым парламентский иммунитет мешает поднять старые уголовные дела, рассказывает знакомый с ним сенатор. По его словам, вчера Вавилов был у председателя палаты Сергея Миронова и просил отсрочить сложение полномочий, в чем ему было отказано.

Вавилов эти сведения комментировать отказался. Он сказал «Ведомостям» только, что переходит на другую работу, не уточнив на какую. Источник в руководстве палаты и знакомый с Вавиловым предприниматель говорят, что он, вероятнее всего, займется бизнесом («у него масса творческих планов»).

Широкую известность Вавилов приобрел благодаря нескольким скандалам.

В июле 1997 г. в отношении Вавилова, занимавшего тогда пост первого замминистра, было возбуждено уголовное дело. Следствие заподозрило его в причастности к хищению бюджетных средств в сумме $231 млн под видом авансирования сделки по поставке ГУП ВПК «МАПО» самолетов МиГ. В июле 2008 г. дело

**Южный**

**Северо-Кавказский**

**Приволжский**

**Уральский**

**Сибирский**

**Дальневосточный**

**Зарубежье**

**СНГ**

прекращено в связи с истечением срока давности.

25 марта 2002 г. прокуратура Ненецкого автономного округа возбудила дело против руководства компании «Северная нефть», обвинив его в злоупотреблении полномочиями. Вавилов был акционером этой компании. В 2002 г. в конкурсе на месторождение Вал Гамбурцева маленькая компания «Северная нефть» обошла «Лукойл», ЮКОС и «Сургутнефтегаз». Минприроды настаивало на том, что лицензии на месторождения Вала Гамбурцева (половина запасов «Северной нефти») выданы компании незаконно. Но оппоненты Вавилова успеха не добились: 10 июля «Северная нефть» сообщила, что дело прекращено. А в январе 2003 г. 100% акций «Северной нефти» за $600 млн приобрела «Роснефть». На тот момент лично Вавилову в «Северной нефти» принадлежало 55%.

19 февраля 2003 г. на встрече бизнесменов с тогдашним президентом Владимиром Путиным предправления ЮКОСа Михаил Ходорковский привел Путину в качестве примера коррупции сделку между «Роснефтью» и «Северной нефтью».

В рейтинге российских миллиардеров 2010 г., составленном журналом «Финанс», состояние Вавилова оценивается в 13,6 млрд руб. ($0,45 млрд). Депутат Госдумы Александр Хинштейн говорит, что у Вавилова в США недвижимость и семья, он летал в Москву, по сути, лишь на заседания Совфеда."
**17.03.2010**

Постоянный адрес статьи :
**http://flb.su/info/47151.html**

EXHIBIT  35

# The New York Observer

## Curtains on Eloise! Vavilov Exits Long, Strange Plaza Penthouse Trip

By **Max Abelson** 9/29/09 10:53pm



One of the genuinely great fracases in Manhattan real estate history has finally ended, but with a whimper. **Andrei Vavilov**, the Russian oligarch who sued **the Plaza** last year over a duplex penthouse and triplex penthouse he was supposed to buy there for $53.5 million, has finally left the building.

In January, he ended up buying the duplex as a compromise, then put it on the market immediately. According to a deed filed in city records, he just sold it for only **$8.4 million**, a suitably morose ending to a feud that's defined this post-bubble era. The buyer is a limited liability corporation that seems to be controlled by **Maribel Unanue McVicar**, whose grandfather founded Goya, one of the largest private companies in the world.

In 2007, back when life was innocent and splendid, Mr. Vavilov agreed to spend $14 million on the 2,906-square-foot duplex—and then another $39.5 million on the neighboring triplex, which would have made for one of the most expensive sprawls ever in New York. That hugeness was appropriate

for Mr. Vavilov, who became a deputy finance minister under Yeltsin; survived an assassination attempt in a Kremlin parking lot in 1996; made his fortune in oil; and was described in *The Times* the year of that would-be purchase as a 46-year-old "architect of Russia's fledgling market economy." When he sued the Plaza over the deal last year, it was an early sign that the world was basically crumbling. His suit said he had bought the penthouses sight unseen, but that (and here he invoked the name of "the classic Eloise series of children's books set in the Plaza") the developers had secretly changed square footage, windows and ceilings, and then threatened to keep his $10.7 million deposit if he didn't close.

Two weeks later, the Plaza's developer, El-Ad, sued for defamation. They said Mr. Vavilov had been satisfied when he saw the apartments alone, but that his actress wife, who had been running late for their appointment, was unhappy when finally shown the space. The suit alleges that she had wanted the biggest apartment in the building, and that the trouble only arose when the couple wasn't allowed to buy up a third penthouse unit.

Then the compromise came. In January, Mr. Vavilov bought the smaller penthouse at a discount, for just over $11 million, essentially swapping his huge deposit for the duplex. (El-Ad kept the triplex, which has not yet been re-listed.)

Mr. Vavilov put the duplex back on the market a month later for $12.5 million, which fell to $9.95 million in March. His agents were **Brown Harris Stevens**' **Brenda Powers** and **Elizabeth Lee Sample**, powerful brokers who have worked with a psychic hotline king and Tyco's chief financial officer. "Everything is questionable when you deal with that much money," Ms. Powers said last year.
The apartment was reportedly in contract by June, but it wasn't clear then if Mr. Vavilov would get anything close to his tag. He didn't. Not only is the sale $1.55 million less than Mr. Vavilov's final asking price, it's more than $2.6 million less than he had paid.

But it's still a wondrous thing to get $8.4 million for an apartment that you've publicly called inferior. The windows, air-conditioning units, lighting and bathroom tiles were all subpar, Mr. Vavilov's court papers said. The ceilings were too low, the drainage grates ugly, the setback wrong, the changes hidden.

In its first two sentences, Mr. Vavilov's Brown Harris listing used the words and phrases "spectacular," "legendary," "one of a kind," "grand," "large," and "great."

*mabelson@observer.com*

EXHIBIT  36

Translation.

(Extracts)

## SENATOR VAVILOV MOVED TO NEW YORK:

### "Now I Sleep Calmly"

### "He is Determined to Play a Central Role in the Even of a Decision to Place in Private Funds a Portion of the State Stabilization Fund".

Gazeta.Ru.24.09.2007.

## VAVILOV OPENS OFFICE OF HIS HEDGE FUND IN NEW YORK

Russian energy magnate and senator Andrey Vavilov opens his office in New York for his hedge fund, IFS Hedge Fund, with the purpose of attracting monies of third parties. The New York Times writes about hat today.  Vavilov created that fund in the Bahamas in 2004.  He invested into it $200 of his monies, but earlier he did not bring outside investors into it…

_____

**CERTIFICATION OF TRANSLATION**

I, Tatyana Suchkova, certify herewith that I am a permanent resident in the USA, that my native language is Russian, that I have higher education, with the specialty of the languages' instructor, that I am competent to translate from Russian into English and that the foregoing translation from Russian into English is true and correct.

Date: 10/10/2013.  Correct:_____

### Сенатор Вавилов перебрался в Нью-Йорк: "Теперь я сплю спокойно"

### "Намерен играть центральную роль в случае принятия решения о размещении в частных фондах части средств стабфонда"

Оригинал этого материала
© Газета.Ру, 24.09.2007, Фото: The New York Times

### Вавилов открывает представительство своего хедж-фонда в Нью-Йорке



Российский энергетический магнат и сенатор Андрей Вавилов открывает представительство в Нью-Йорке для своего хедж-фонда IFS Hedge Fund с целью привлечения в фонд денег сторонних инвесторов. Об этом пишет сегодня газета The New York Times. Вавилов создал фонд в 2004 году на Багамских островах, вложив в него $200 млн собственных средств, и до сих пор не привлекал в него сторонних инвесторов. В 2003 году он получил около $600 млн от продажи ОАО «Северная нефть». Однако, как отмечают эксперты газеты, прошлое российского бизнесмена остается достаточно туманным. Как сказал газете Вавилов, его фонд с 2004 года ежегодно приносил более 20% годовых за счет вложений в «глобальные макроэкономические» инструменты. При этом он не стал раскрывать детали своих вложений, отметив лишь, что стратегия фонда позволяет «получать высокие доходы без рисков, которые ассоциируются с волатильностью». Вавилов сказал, что он намерен позиционировать свой фонд таким образом, чтобы он мог играть центральную роль в случае принятия решения о размещении в частных фондах части средств стабилизационного фонда России.

***

Оригинал этого материала
© dp.ru, 24.09.2007

### Вавилов перебрался в Нью-Йорк: "Теперь я сплю спокойно"

Андрей Вавилов – российский мультимиллионер, обладающий отличными связями в энергетическом бизнесе, дебютирует в роли управляющего американским хеджевым фондом. Журналисты газеты The New-York Times присутствовали на встрече скандально известного политика с его американскими друзьями: юристом, лоббистом, экономистом и бывшим конгрессменом. Встреча прошла в одном из роскошных ресторанов Манхэттена, Вавилов и его компания лакомились ягненком, лососиной, говяжьей вырезкой и запивали все это, конечно же, водкой.

Первый тост поднят в честь 46-летнего Вавилова, ставшего архитектором ныне оперившейся российской экономики. За Вавилова, чьи щедрые пожертвования американским университетам на их научные исследования широко известны. "Поздравляю вас с новым начинанием, мистер Вавилов, – сказал Томас Эванс младший, бывший конгрессмен-республиканец из Делавэра. – Ваш хеджевый фонд ожидает большое будущее. Конечно, лично я в этом ничего не понимаю, но все равно не сомневаюсь в вашем успехе!"

Если же конгрессмен Эванс младший все-таки пожелает разобраться, что за хеджевый фонд решил открыть Вавилов, то ему на это понадобиться очень даже много времени. Российскому бизнесмену не впервой начинать что-то новое, его жизненный путь наполнен самыми разнообразными бизнес-проектами, успеху которых порой способствовали его высокие политические связи. Однако почти вся деятельность Вавилова обычно находилась в тени. Даже сейчас, в качестве управляющего новым хеджевым фондом IFS российский бизнесмен будет занимать особую нишу – управлять огромными капиталами теневых российских олигархов из нефтяного сектора, желающих "прокрутить" свои деньги на Уолл-стрит.

Десять лет назад Вавилова пытались убить в России, но он выжил. Зато потом он положил в карман $600 млн из российского бюджета, которые ему выдали за продажу собственной компании "Северная нефть". В 2004 году Вавилов открыл собственный хеджевый фонд на Багамах и вложил в него личные $200 млн. Ему все еще предстоит привлечь в этот фонд деньги других инвесторов, но именно для этого он и перебрался в Нью-Йорк. Здесь, в деловой столице мира, хеджевыми фондами занимаются все кому ни лень: от бывших биржевых

брокеров до профессиональных хоккеистов.

За первые 8 месяцев этого года средний хеджевый фонд давал инвесторам прибыль 6,1% (против 6,9% в аналогичный период прошлого года). В этой связи достижения г-на Вавилова, который уверяет, что его фонд дает 20% прибыли, кажутся просто ослепительными. Впрочем, российский олигарх отказывается сообщить, каким именно способом он достигает столь впечатляющих результатов. Вавилов обещает только сыграть центральную роль в потенциально возможной приватизации российских правительственных фондов, оцениваемых сейчас в $130 млрд (в основном, это доходы от нефти). Если эти фонды все-таки будут приватизированы, то его хеджевый фонд получит внушительную прибыль.

Вавилов также говорит, что одно из основных его качеств – смелость. "Мы создали стратегию, позволяющую мне давать инвесторам высокий процент прибыли без всех тех рисков, обычно свойственных этому виду бизнеса, – говорит Андрей Вавилов. – Я вот лично сплю спокойно, не мучаясь от страхов по поводу будущего моих денег".

Поскольку цена нефти и других полезных ископаемых, вроде никеля и алюминия, постоянно растет, Вавилов входит в круг тех российских олигархов, которые пытаются перевести сверхприбыль из беспокойной России в западную экономику. Они говорят, что поступают так, чтобы защитить свои доходы от домашней коррупции и быть принятыми деловыми кругами Запада. "Мы видим перед собой людей с огромным излишком "нефтяных" денег. Они ищут себе тихую заводь, – говорит Ариэль Коен, сотрудник вашингтонской исследовательской компании Heritage Foundation. – Эти российские олигархи хотят инвестировать деньги в экономику тех стран, где властвуют законы, где никто не явится к ним от имени государства и не потребует отдать бизнес".

***

Оригинал этого материала
© "Коммерсант", 23.08.2007, Уголовные дела против сенаторов

[...] Весной 2006 года Генпрокуратура возобновила следствие по делу о хищении в 1997 году $231 млн в МАПО МиГ, подозреваемым по которому проходит экс-замминистра финансов, сенатор от заксобрания Пензенской области Андрей Вавилов. 10 января 2007 года Верховный суд **признал наличие в его действиях состава преступления**. Следствие продолжается.[...]

*[Срок полномочий Вавилова как сенатора - члена верхней палаты российского парламента истекает в декабре этого года, напоминает "Интерфакс".]*

\*\*\*

Оригинал этого материала
© "Коммерсант", 24.09.2007

EXHIBIT  37

Translation.

(Extract)

## SUPREME COURT DECIDED THAT

## BRINGING SENATOR VAVILOV TO CRIMINAL LIABILITY IS LAWFUL

**Kommerstant. Feb. 14, 2007.**

**The Supreme Court confirmed the conclusion concerning Andrey Vavilov, pointing to the appearance of misappropriation of $231 million.**

Yesterday, the Supreme Court of the Russian Federation denied the petition for certiorari of the member of the Federation Council for Pensa region Andrey Vavilova on the decision on the appearance in his actions as the first deputy finance minister in 1997 of the misappropriation of $231 million and abuse of the official powers.

Andrey Vavilov did not come to yesterday's meeting of the collegium of the Supreme Court for cassations.  According to his attorney Alexandre Muranov, his client was undergoing medical treatment in the USA, even though recently he came to Moscow for the meeting of the Federation Council….

Prosecutor General's Office intends to address the Federation Council with the request to consent to charging Andrey Vavilov… According the investigation, the organized crime group also included first deputy manager of Unikombank Andrey Gloriozov…

---

**CERTIFICATION OF TRANSLATION**

I, Tatyana Suchkova, certify herewith that I am a permanent resident in the USA, that my native language is Russian, that I have higher education, with the specialty of the languages' instructor, that I am competent to translate from Russian into English and that the foregoing translation from Russian into English is true and correct.

Date: 10/10/2013.  Correct:_____

### Верховный суд признал законным привлечение сенатора Вавилова к уголовной ответственности

### Прекращенные дела с участием А.Вавилова. Список

Оригинал этого материала
© "Коммерсант", 14.02.2007, Фото: PhotoXpress, Верховный суд подтвердил диагноз Андрея Вавилова, указав на признаки хищения им $231 млн

**Екатерина Заподинская**



*Следователи считают, что Андрей Вавилов в 1997 году возглавил организованную преступную группу, похитившую $231 млн, которые были выделены из госбюджета МАПО МиГ в качестве аванса под готовившийся контракт на поставку Индии истребителей МиГ-29*

Верховный суд РФ отклонил вчера кассационную жалобу члена Совета федерации от Пензенской области Андрея Вавилова на решение о наличии в его действиях на посту первого замминистра финансов в 1997 году признаков хищения из госбюджета $231 млн и злоупотребления служебным положением.

*[МК, 14.02.2007: "Из вердикта Верховного суда: "По указаниям Вавилова перечисленные из Минфина 112 835 000 долл. США были переведены по подложным документам на счет №№, принадлежащий фирме Cintra Management LTD, и счет №№, принадлежащий фирме Cedar Management LTD (обе фирмы зарегистрированы в офшорной зоне на Багамских островах в 1996 г. на подставных лиц), и впоследствии похищены".-врезка К.Ру]*

Вчера же Генпрокуратура начала готовить представление в Совет федерации о даче согласия на привлечение господина Вавилова в качестве обвиняемого в указанных преступлениях. Сам он прислал из США заявление о том, что деньги он не похищал – они были потрачены предприятием ВПК МАПО.

Андрей Вавилов на вчерашнее заседание кассационной коллегии суда не явился: по словам адвоката Александра Муранова, его клиент проходит курс

лечения в США, хотя и приезжал недавно в Москву на пленарное заседание Совета федерации. Адвокат попросил суд отменить вынесенное 14 января заключение о наличии в действиях господина Вавилова на должности первого замминистра финансов признаков преступлений, предусмотренных статьями 159, ч. 4 и 285, ч. 3 УК РФ (соответственно, "Мошенничество организованной группой в особо крупном размере" и "Злоупотребление должностными полномочиями, повлекшее тяжкие последствия"), и направить дело на новое рассмотрение. "Если вы отмените заключение,– обещал защитник,– то при повторном рассмотрении представления Генпрокуратуры будет участвовать лично Андрей Петрович Вавилов. А на сегодняшнее заседание он не приехал, так как рассматривается чисто процессуальный вопрос".

По мнению защитника Муранова, решение первой судебной инстанции следовало отменить, так как она отказалась удовлетворить его ходатайство об отложении дела на две-три недели, "чтобы Андрей Петрович Вавилов мог прервать курс реабилитации и приехать в Москву", а также в связи с тем, что адвокат не успел подготовиться к процессу: из-за новогодних праздников ему на изучение представленных Генпрокуратурой 400 листов документов было отведено всего два рабочих дня. Однако кассационная коллегия признала, что оснований для отмены прежнего решения нет, и отказала защитнику господина Вавилова в удовлетворении кассационной жалобы.

Генпрокуратура собирается на днях обратиться в Совет федерации с представлением о даче согласия на предъявление Андрею Вавилову официальных обвинений. Следователи считают, что господин Вавилов в 1997 году возглавил организованную преступную группу, похитившую $231 млн, которые были выделены из госбюджета МАПО МиГ (ныне Российская самолетостроительная корпорация МиГ) в качестве аванса под готовившийся контракт на поставку Индии истребителей МиГ-29. В преступную группу, по версии следствия, входили также первый зампредправления Уникомбанка Андрей Глориозов, председатель правления Московского инновационного банка Илья Сташевский, председатель правления банка "Кредитный союз" Александр Баранов, финансовый директор МАПО МиГ Максим Ткачев и коммерческий директор этого предприятия, ставший впоследствии главой ВПК МАПО, Александр Безруков. Из $231 млн, выделенных на изготовление МиГов, на $150 млн были куплены облигации внутреннего валютного займа, которые проделали путь из Уникомбанка в Московский инновационный банк, а затем в банк "Кредитный союз", который их реализовал. Большую часть выручки, около $110 млн, "Кредитный союз" перевел за рубеж на счет подставной компании "Бент", после чего деньги были похищены. Три месяца спустя МАПО МиГ получило от Минфина очередные облигации на $81 млн, которые заложило

"Кредитному союзу" под некий вексельный кредитный договор. Он не был выполнен МАПО, и облигации стали собственностью сначала "Кредитного союза", а затем Московского инновационного банка.

В 1998 году замгенпрокурора Михаил Катышев распорядился арестовать по этому делу Максима Ткачева, Александра Безрукова, Александра Баранова и Илью Сташевского, тогда же в розыск был объявлен Андрей Глориозов. Развал дела начался после того, как в мае 1999 года был отстранен от следствия замгенпрокурора Катышев и на его место был поставлен Василий Колмогоров. При нем летом 1999 года старший следователь по особо важным делам Владимир Елсуков прекратил это дело в отношении Андрея Вавилова за отсутствием в его действиях состава преступления. Затем из-под уголовной ответственности был выведен глава "Кредитного союза" Александр Баранов, у которого обнаружилось "органическое поражение головного мозга". В 2001 году из-под стражи были выпущены Максим Ткачев и Александр Безруков. Тогдашний руководитель следствия по этому делу Александр Паранов рассказал Ъ, что в 2001 году подготовил проект постановления о возобновлении уголовного преследования господина Вавилова, однако начальник управления по расследованию особо важных дел Владимир Лысейко сказал ему: "Устинов (генпрокурор – Ъ) не велел трогать Вавилова". Осенью 2001 года, когда следствие уже курировал первый замгенпрокурора Юрий Бирюков, следователь Паранов прекратил дело против господ Безрукова и Ткачева за отсутствием в их действиях состава преступления, решив, что "направлять это дело в суд без обвиняемого Вавилова нет смысла". Пять лет это дело лежало под сукном, пока весной 2006 года Юрий Бирюков не распорядился возобновить уголовное преследование по приостановленному ранее делу против разыскиваемых банкиров Глориозова и Сташевского (выйдя из-под стражи, он скрылся). В октябре 2006 года, уже после отставки господина Бирюкова, замгенпрокурора Виктор Гринь отменил постановление о прекращении дела против Максима Ткачева и Александра Безрукова, а в 16 ноября господин Гринь отменил постановление и о прекращении дела против Андрея Вавилова. Расследование дел было возобновлено.

Андрей Вавилов заявил вчера, что собирается обжаловать вынесенные Верховным судом решения в президиуме этого суда. Он пообещал, что в Совет федерации при рассмотрении представления Генпрокуратуры о даче согласия на предъявление ему обвинений будут представлены документы, доказывающие, что "обвинения основаны исключительно на ничем не подкрепленных предположениях и абсолютно не соответствуют действительности". Господин Вавилов признает, что государство понесло ущерб в связи с тем, что он распорядился перечислить из бюджета денежные средства для ВПК МАПО,

которые затем "были утрачены". Однако, по словам сенатора, обвинение игнорирует тот факт, что "деньги действительно потрачены на нужды ВПК МАПО, а не похищены, что было подтверждено проверками Счетной палаты, Контрольно-ревизионного управления Минфина РФ и Контрольно-ревизионного управления президента России". Господин Вавилов подчеркнул также, что решение о выделении денег ВПК МАПО из бюджета было принято им "во исполнение указаний руководства страны в преддверии визита премьер-министра Индии в Россию". По словам Андрея Вавилова, срок давности по этому делу истекает в апреле 2007 года.

*\*\**

Оригинал этого материала
© "Московский комсомолец", 14.02.2007

### Из сената — на нары

*Александр Хинштейн*

[...]

### Прекращенные дела с участием А.Вавилова

1. Дело НФС. В 1994—1995 гг. Вавилов под мизерные проценты выделил банку "Национальный кредит", находящемуся в предбанкротном состоянии, $132 млн. и передал в управление облигации внутреннего валютного займа номиналом $125 млн. В апреле 1995 г. он облагодетельствовал банк кредитом еще на $45 млн. В дальнейшем кредит с согласия Вавилова был переуступлен банком Национальному фонду спорта и исчез: его зачли якобы как компенсацию от отмены таможенных льгот.

2. Дело НРБ. В 1995 г. Вавилов необоснованно перечислил свыше $600 млн. Национальному резервному банку. Отчеты об использовании средств банком не представлялись. Благодаря Вавилову в 1995 г. "Газпром" был освобожден от налогов почти на 1,5 триллиона неденоминированных рублей, деньги стали собственностью "Газпрома" и НРБ.

3. Выборы-96. Для "стимуляции" банкиров, спонсировавших выборы Ельцина, Минфин реализовал чисто криминальную схему. Государство передавало банкам свои ценные бумаги за 30% от номинала, а затем покупало их обратно, но уже за полную стоимость. Ущерб, причиненный бюджету, не поддается никакому учету.

4. Дело об индийском кредите . Под несуществующий контракт на поставку Индии самолетов "МиГ" Вавилов перечислил ВПК "МАПО" (изготовителю) $231 миллион. Деньги, однако, до производителя не дошли, были похищены и выведены коммерческими банками в офшоры.

5. Дело фонда СНГ. В 1996—1997 годах Вавилов заключил 14 противоречащих закону соглашений о переводе долговых обязательств ряда нефтедобывающих предприятий некоему Международному фонду содействия СНГ. Ущерб государству составил примерно $30 млн.

6. Дело об арабских долгах. В 1997 г. Вавилов отписал банку "МФК" долги Ирака и Ливии более чем на $8 млрд. Еще одним подарком стал выпуск государственного нерыночного займа в размере 573,1 млрд. рублей, который на безальтернативной основе был продан "МФК". В мае 1997-го, сразу после отставки, Вавилов стал президентом "МФК".

7. Дело о квартире. В 1993 г. по подложным документам Вавилов получил 4-комнатную квартиру в Москве. Было возбуждено уголовное дело, но Генпрокуратура прекратила его "за отсутствием состава преступления".

8. "Дело Олейника". В 1996—1997 гг. была организована схема "газовых" взаимозачетов между Россией и Украиной, в которой приняли участие семь структур, включая Минобороны, Минфин и Госналогслужбу. Предполагалось, что военные получат стройматериалы на $450 млн. (в счет долга государства перед Минобороны), однако $327 млн. — ни деньгами, ни досками — так и не дошли до получателя. Следствие установило, что организатором и разработчиком этой схемы был Вавилов, ему предъявили обвинение, однако руководство Генпрокуратуры запретило трогать Вавилова; дело против него было прекращено, а единственным виновным признан начальник финуправления Минобороны генерал Олейник.

9. Деревянное дело. Благодаря усердию Вавилова и председателя РФФИ Соколова банк "Менатеп" заполучил крупнейшее в России предприятие — экспортер целлюлозы — Усть-Илимский лесопромышленный комплекс. На чековом аукционе и инвестиционном конкурсе структуры "Менатепа" взяли под контроль 74% акций ЛПК, но для абсолютной власти им не хватало одного процента. Тогда Вавилов и Соколов передали "Менатепу" 1,13% акций холдинга в обмен на акции самого банка, что являлось грубейшим нарушением закона. В дальнейшем предприятие было обанкрочено.

10. Нефтяное дело. При приватизации Вавиловым госкомпании "Северная нефть" по заниженной стоимости были выведены активы ее соучредителя — госкомпании "Зарубежнефть". При номинальной цене в $5 млн. доля "Зарубежнефти" (10%) была выкуплена за $400 тыс. Впоследствии Вавилов продал "Северную нефть" за $400 млн.

EXHIBIT  38

Translation.

(Extract)

## VAVILOV FELT ILL

"Andrey Vavilov has a heart problem.  The ambulance brought a former deputy finance minister right from questioning by an investigator.  After the prosecutor's office charged him in surpassing the official powers, Vavilov is now in the City Hospital No. 31….

The "Gray eminence of the Finance Ministry", the "genius of evil of the 20th century", are some of the nick names that journalists have given to Andrey Vavilov.  The name of that person is connected with a series of schemes and scandals: from financing the presidential campaign to depository auctions.  It was him, who thought out genial, in their simplicity, schemes with commercial paper, where the State gave to bankers commercial papers for 70% of the nominal value and immediately bought those out for 100%.  And many other schemes.

One can cover with articles about Vavilov the walls of half of Russian prisons.  However, it has never transgressed from newspaper articles to the articles of the Criminal Code.  Each time Vavilov escaped.  It is different now…

Last Monday, Vavilov was charged for the first time.  The matter is the disappearance of $330 million from the budget of the Defense Ministry.  That money was transferred to Ukraine, for payment of building materials, however, the military have seen neither timber nor nails delivered.

In the autumn of last year, the Main Military Prosecutor's Office charged the first person in that affair: the head of the financial department of the Defense Ministry, General-Colonel Oleynik. However, the investigators perfectly understood that Oleynik is only a boy for beating, he only signed the financial documents that someone gave to him to sign.  The scheme was designed by other people.

Who?  Precisely, then the name of Vavilov propped up.  Precisely, Vavilov, when he was the first deputy finance minister, was one of the developers of the scheme of settlements.  In that scheme, instead of money due from the budget, the Defense Ministry was promised material resources.  Those were material resources that, in its turn, Tymoshenko's company United Energy Systems of Ukraine was to deliver.  The agreement between Russian and Ukraine, on behalf of the Ministry of Finance, were signed by Vavilov.  This alone was sufficient for charges…

**Moskovsky Komsomolets**

**June 4, 2001.**

_____

**CERTIFICATION OF TRANSLATION**

I, Tatyana Suchkova, certify herewith that I am a permanent resident in the USA, that my native language is Russian, that I have higher education, with the specialty of the languages' instructor, that I am competent to translate from Russian into English and that the foregoing translation from Russian into English is true and correct.

Date: 10/10/2013.  Correct: _____

# АГЕНТСТВО ФЕДЕРАЛЬНЫХ РАССЛЕДОВАНИЙ
## FREELANCE BUREAU

Дайджест »

### Поиск

?????

### Вавилову стало плохо

📄 Версия для печати
📄 Сохранить статью
👥 Отослать другу
💬 Оставить комментарий
комментариев - 0

### Разделы сайта

**Дайджест**

**Персоналии**

**База данных**

**Терроризм**

**Политика**

**Экономика**

**Общество**

**Масс-медиа**

**Криминал**

**Религия**

**Культура**

**Спорт**

**ФЛБ Регионы**

**ВИДЕО на FLB.RU**

**Советы юриста**

### Регионы

"**У Андрея Вавилова плохо с сердцем. "Скорая" увезла бывшего зам. министра финансов прямо с допроса. Сразу после того, как в прокуратуре ему было предъявлено обвинение в превышении должностных полномочий. Вавилов лежит сейчас в 31-й городской больнице. А тем временем за стенами лазарета разгораются невиданные страсти. Руководство Генпрокуратуры делает все, чтобы отбить Вавилова у своих чрезмерно ретивых подчиненных и вывести его из-под удара...**

"Серый кардинал Минфина", "злой гений XX века" - какими только прозвищами не награждали Андрея Вавилова журналисты. С именем этого человека связан целый ворох афер и скандалов: от финансирования президентской кампании до проведения залоговых аукционов. Именно он придумал гениальные по своей простоте операции с ценными бумагами, когда государство передавало бумаги банкирам за 70% номинала и сразу же покупало за все 100%. Многое другое.

Газетными статьями о Вавилове можно оклеить половину российских тюрем. Однако от статей газетных до статей Уголовного кодекса дело никогда не доходило. Всякий раз Вавилову удавалось выйти сухим из воды. Лед тронулся только сейчас…

В минувший понедельник Вавилову впервые было предъявлено обвинение. Речь идет о пропаже 330 миллионов долларов из бюджета Минобороны. Эти деньги были переведены на Украину, в счет оплаты стройматериалов, однако ни досок, ни гвоздей военные так и не увидели.

Осенью прошлого года Главная военная прокуратура предъявила

**Центральный**

**Северо-Западный**

**Южный**

**Северо-Кавказский**

**Приволжский**

**Уральский**

**Сибирский**

**Дальневосточный**

**Зарубежье**

**СНГ**

первое обвинение по этому делу: начальнику финуправления Минобороны генерал-полковнику Олейнику. При этом, правда, следователи прекрасно понимали: Олейник - стрелочник, он только лишь подписал подсунутые ему платежки. Аферу придумали совсем другие люди.

Кто? Тогда-то и всплыла фамилия Вавилова. Именно Вавилов, в бытность первым зам. министра финансов, был одним из разработчиков схемы взаимозачетов. По этой схеме вместо живых денег, положенных армии из бюджета, Минобороне были обещаны материальные ресурсы. Каковые, в свою очередь, должна была поставить компания Юлии Тимошенко "ЕЭС Украины".

Соглашения между Россией и Украиной от Минфина подписывал Вавилов. Одного этого обстоятельства вполне достаточно для предъявления ему обвинения. Однако в Генпрокуратуре считают иначе…

В понедельник Вавилов был вызван на очную ставку в Главную военную прокуратуру. Он должен был приехать к десяти часам, но утром позвонил его адвокат и сказал, что Вавилов задерживается. Он на приеме у первого заместителя генпрокурора Юрия Бирюкова.

Вавилов появился в половине двенадцатого. Радостный и очень спокойный: видимо, встреча с Бирюковым была успешной. Очная ставка с бывшим черномырдинским помощником Геннадием Петелиным только прибавила ему уверенности.

Неожиданно для следствия Петелин начал давать "задний ход". Если раньше он говорил, что никакой команды от премьера - принять Тимошенко и решить все вопросы - Вавилову не передавал (именно указанием Черномырдина прикрывался на прежних допросах Вавилов), то теперь стал жаловаться на плохую память. "Возможно, я просто забыл", - промямлил Петелин.

И тут - словно гром среди ясного неба: обвинение. Ничего подобного Вавилов даже не ожидал. Он наотрез отказался подписывать постановление, расписался лишь в том, что ему объявлена подписка о невыезде. После чего сразу же схватился за сердце.

В кабинете следователя еще не выветрился дорогой вавиловский "парфюм", как на ГВП начались "наезды". Первый зам. генпрокурора Бирюков в категорической форме потребовал снять с Вавилова все обвинения. У военной прокуратуры, мол, нет никакого права третировать "уважаемых людей".

Полагаю, г-н Бирюков был несказанно удивлен, когда услышал вежливый, но твердый отказ. И первый зам. главного военного прокурора Юрий Яковлев, и начальник следственного управления Виктор Шеин, и начальник надзорного отдела Владимир Матюнин заняли жесткую принципиальную позицию. До тех пор пока дело

находится у них, никакие "команды" выполнять они не будут. К чему может привести подобная строптивость, все эти люди прекрасно понимают: "вплоть до увольнения". Тем не менее отступать они не намерены. Будут держаться до конца.

Кстати, это уже не первый случай вмешательства Бирюкова в расследование дела "о 330 миллионах". Когда ГВП заинтересовалась историей с покупкой на Украине стратегического ядерного ракетного комплекса, первый заместитель генпрокурора лично вызвал следователя и запретил "раскручивать" этот эпизод. Дескать, вопрос здесь не уголовный, а гражданско-правовой. "Дайте письменное указание", - сказал в ответ следователь. Бирюков дал.

Указание это приобщено к материалам дела. Эпизод с покупкой комплекса прокуратура больше не расследует. А зря. Стоило бы, наверное, поинтересоваться, почему вместо того чтобы забрать в счет долга этот комплекс, Минобороны заплатило Украине 270 миллионов долларов. Было это в начале прошлого года. Впрочем, у Бирюкова свои резоны, которые и нам, и ГВП понять не дано…

А между тем истерия вокруг "вавиловского" дела набирает обороты с каждым днем. В четверг вечером ОРТ, со ссылкой на начальника Центра информации Генпрокуратуры Леонида Трошина, сообщило, что с Вавилова сняты все обвинения.

В телефонном разговоре, однако, Трошин заявил нам, что подобных слов не говорил. Это - утка. Возможно. Но возможно и другое. Генпрокуратура просто поспешила праздновать победу. Кто же мог представить, что генералы ГВП окажутся такими упрямыми. Впрочем, Вавилову отчаиваться рано. "Обработка" ГВП продолжается. Если же она не даст результата, дело всегда можно забрать и "перелицевать" по-своему. По-бирюковски…

P.S. И еще одно. Поговаривают, что некоторое время назад Вавилов оказал "благотворительную помощь" 31-й горбольнице. Если это так, тогда понято, почему ЦКБ и прочим престижным лечебницам Андрей Петрович предпочел обычную городскую больницу. "

**04.06.2001**                                        Александр Хинштейн
                                                     **Московский комсомолец**

Постоянный адрес статьи :
**http://flb.su/info/2396.html**                          **В начало статьи**

EXHIBIT  39



# FBI Wants Yeltsin and Chernomyrdin's Evidence After Questioning Senator Vavilov

26.01.2004

**The interrogation concerned $700 million that disappeared from Gazprom**

FBI investigators interrogated Russia's Federation Council senator Andrey Vavilov while the latter was on his vacation in the US. On January 5, 2004, the federal prosecutor of Northern California demanded that a private plane of Russia's ex-deputy minister of finance, Federation Council member Andrey Vavilov must force-land at the airport of Palm Beach on its way from Moscow to Aspen, RBC reports.

All international airports of the US were instructed beforehand as for particular receiving the Russian senator. On the day of the plane's forced landing several FBI agents, a special agent of the US Finance Department and assistant of the San Francisco federal prosecutor arrived to the airport of Palm Beach.

Andrey Vavilov and his wife were detained for an interrogation that lasted for more than 4 hours. A group of Vavilov's attorneys immediately arrived to Palm Beach from New York.

RBC reports that it was unprecedented when the Russian senator and his wife were released after the interrogation. Andrey Vavilov only had to sign an undertaking that he would further give evidence important for the US authorities being in Aspen.

On January 20, Andrey Vavilov and his wife got back home.

The RBC news agency reports that the interrogations in the US concerned the period of 1995-1997, probably the Pavel Lazarenko case a trial on which is to start on February 17. The investigation concerns disappearance of $700 million from Gazprom, the money about which the US is so much concerned but Russia has no claims about it.

It is reported that the investigation wants evidence of Russia's Ex-president Boris Yeltsin, Viktor Chernomyrdin and Rem Vyakhirev on the issue. If these people enter the US territory, they will be forcedly taken to the American Court. RBC adds that senator Vavilov will insist that Russia must join the trial as the proprietor of the $700 million that is gone.

EXHIBIT  40

<u>Translation.</u>

(Extract)

KOMPROMAT.

January 20, 2012

### SUPREME COURT FOUND LAWFUL

### BRINGING SENATOR VAVILOV TO CRIMINAL LIABILITY

The investigators believe that Andrey Vavilov headed in 1997 an organized crime group that misappropriated $231 million, allocated from the State budget to MAPO MIG as advance for the contract for delivery to India of fighters MIT 29.

The Supreme Court of the Russian Federal denied the cassation of the member of the Federal Council from Penzen Region Andrey Vavilov's conduct as the first deputy finance minister in 1997 appear to involve misappropriation from the State budget of $231 million and abuse of official powers.

---

**CERTIFICATION OF TRANSLATION**

I, Tatyana Suchkova, certify herewith that I am a permanent resident in the USA, that my native language is Russian, that I have higher education, with the specialty of the languages' instructor, that I am competent to translate from Russian into English and that the foregoing translation from Russian into English is true and correct.

Date: 10/10/2013.  Correct:_____

Версия для печати

Компромат
20.01.2012

# Верховный суд признал законным привлечение сенатора Вавилова к уголовной ответственности



- *Андрей Вавилов. Текст и фото "Ъ"*

Версия для печати

**Прекращенные дела с участием А.Вавилова. Список**

Следователи считают, что Андрей Вавилов в 1997 году возглавил организованную преступную группу, похитившую $231 млн, которые были **выделены из госбюджета МАПО МиГ в качестве аванса под готовившийся контракт на поставку Индии истребителей МиГ-29**

Верховный суд РФ отклонил вчера кассационную жалобу члена Совета федерации от Пензенской области Андрея Вавилова на решение о наличии в его действиях на посту первого замминистра финансов в 1997 году признаков хищения из госбюджета $231 млн и злоупотребления служебным положением.

[*МК, 14.02.2007: "Из вердикта Верховного суда: "По указаниям Вавилова перечисленные из Минфина 112 835 000 долл. США были переведены по подложным документам на счет №№, принадлежащий фирме Cintra Management LTD, и счет №№, принадлежащий фирме Cedar Management LTD (обе фирмы зарегистрированы в офшорной зоне на Багамских островах в 1996 г. на подставных лиц), и впоследствии похищены".- врезка К.Ру]*

Вчера же Генпрокуратура начала готовить представление в Совет федерации о даче согласия на привлечение господина Вавилова в качестве обвиняемого в указанных преступлениях. Сам он прислал из США заявление о том, что деньги он не похищал – они были потрачены предприятием ВПК МАПО.

Андрей Вавилов на вчерашнее заседание кассационной коллегии суда не явился: по словам адвоката Александра Муранова, его клиент проходит курс лечения в США, хотя и приезжал недавно в Москву на пленарное заседание Совета федерации. Адвокат попросил суд отменить вынесенное 14 января заключение о наличии в действиях господина Вавилова на должности первого замминистра финансов признаков преступлений, предусмотренных статьями 159, ч. 4 и 285, ч. 3 УК РФ (соответственно, "Мошенничество организованной группой в особо крупном размере" и "Злоупотребление должностными полномочиями, повлекшее тяжкие последствия"), и направить дело на новое рассмотрение. "Если вы отмените заключение,– обещал защитник,– то при повторном рассмотрении представления Генпрокуратуры будет участвовать

лично Андрей Петрович Вавилов. А на сегодняшнее заседание он не приехал, так как рассматривается чисто процессуальный вопрос".

По мнению защитника Муранова, решение первой судебной инстанции следовало отменить, так как она отказалась удовлетворить его ходатайство об отложении дела на две-три недели, "чтобы Андрей Петрович Вавилов мог прервать курс реабилитации и приехать в Москву", а также в связи с тем, что адвокат не успел подготовиться к процессу: из-за новогодних праздников ему на изучение представленных Генпрокуратурой 400 листов документов было отведено всего два рабочих дня. Однако кассационная коллегия признала, что оснований для отмены прежнего решения нет, и отказала защитнику господина Вавилова в удовлетворении кассационной жалобы.

Генпрокуратура собирается на днях обратиться в Совет федерации с представлением о даче согласия на предъявление Андрею Вавилову официальных обвинений. Следователи считают, что господин Вавилов в 1997 году возглавил организованную преступную группу, похитившую $231 млн, которые были выделены из госбюджета МАПО МиГ (ныне Российская самолетостроительная корпорация МиГ) в качестве аванса под готовившийся контракт на поставку Индии истребителей МиГ-29. В преступную группу, по версии следствия, входили также первый зампредправления Уникомбанка Андрей Глориозов, председатель правления Московского инновационного банка Илья Сташевский, председатель правления банка "Кредитный союз" Александр Баранов, финансовый директор МАПО МиГ Максим Ткачев и коммерческий директор этого предприятия, ставший впоследствии главой ВПК МАПО, Александр Безруков. Из $231 млн, выделенных на изготовление МиГов, на $150 млн были куплены облигации внутреннего валютного займа, которые проделали путь из Уникомбанка в Московский инновационный банк, а затем в банк "Кредитный союз", который их реализовал. Большую часть выручки, около $110 млн, "Кредитный союз" перевел за рубеж на счет подставной компании "Бент", после чего деньги были похищены. Три месяца спустя МАПО МиГ получило от Минфина очередные облигации на $81 млн, которые заложило "Кредитному союзу" под некий вексельный кредитный договор. Он не был выполнен МАПО, и облигации стали собственностью сначала "Кредитного союза", а затем Московского инновационного банка.

В 1998 году замгенпрокурора Михаил Катышев распорядился арестовать по этому делу Максима Ткачева, Александра Безрукова, Александра Баранова и Илью Сташевского, тогда же в розыск был объявлен Андрей Глориозов. Развал дела начался после того, как в мае 1999 года был отстранен от следствия замгенпрокурора Катышев и на его место был поставлен Василий Колмогоров.

При нем летом 1999 года старший следователь по особо важным делам Владимир Елсуков прекратил это дело в отношении Андрея Вавилова за отсутствием в его действиях состава преступления. Затем из-под уголовной ответственности был выведен глава "Кредитного союза" Александр Баранов, у которого обнаружилось "органическое поражение головного мозга". В 2001 году из-под стражи были выпущены Максим Ткачев и Александр Безруков. Тогдашний руководитель следствия по этому делу Александр Паранов рассказал Ъ, что в 2001 году подготовил проект постановления о возобновлении уголовного преследования господина Вавилова, однако начальник управления по расследованию особо важных дел Владимир Лысейко сказал ему: "Устинов (генпрокурор – Ъ) не велел трогать Вавилова". Осенью 2001 года, когда следствие уже курировал первый замгенпрокурора Юрий Бирюков, следователь Паранов прекратил дело против господ Безрукова и Ткачева за отсутствием в их действиях состава преступления, решив, что "направлять это дело в суд без обвиняемого Вавилова нет смысла". Пять лет это дело лежало под сукном, пока весной 2006 года Юрий Бирюков не распорядился возобновить уголовное преследование по приостановленному ранее делу против разыскиваемых банкиров Глориозова и Сташевского (выйдя из-под стражи, он скрылся). В октябре 2006 года, уже после отставки господина Бирюкова, замгенпрокурора Виктор Гринь отменил постановление о прекращении дела против Максима Ткачева и Александра Безрукова, а в 16 ноября господин Гринь отменил постановление и о прекращении дела против Андрея Вавилова. Расследование дел было возобновлено.

**Андрей Вавилов** заявил вчера, что собирается обжаловать вынесенные Верховным судом решения в президиуме этого суда. Он пообещал, что в Совет федерации при рассмотрении представления Генпрокуратуры о даче согласия на предъявление ему обвинений будут представлены документы, доказывающие, что "обвинения основаны исключительно на ничем не подкрепленных предположениях и абсолютно не соответствуют действительности". Господин Вавилов признает, что государство понесло ущерб в связи с тем, что он распорядился перечислить из бюджета денежные средства для ВПК МАПО, которые затем "были утрачены". Однако, по словам сенатора, обвинение игнорирует тот факт, что "деньги действительно потрачены на нужды ВПК МАПО, а не похищены, что было подтверждено проверками Счетной палаты, Контрольно-ревизионного управления Минфина РФ и Контрольно-ревизионного управления президента России". Господин Вавилов подчеркнул также, что решение о выделении денег ВПК МАПО из бюджета было принято им "во исполнение указаний руководства страны в преддверии визита премьер-министра Индии в Россию". По словам Андрея Вавилова, срок давности по этому делу истекает в апреле 2007 года.